UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NAHLA SOLIMAN, :
:
:
Plaintiff, :
: 25-CV-6003 (JMF)
-v- :
: ORDER
:
JOHN DOE, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court's July 29, 2025 Order granted Plaintiff leave to file Exhibits A, B, C, and E to her Complaint in redacted form, albeit with redactions "limited to any personally identifying information, email addresses, or other non-public sensitive information."  ECF No. 4.  The Court finds that the redactions made to Exhibits A, B, and C, *see* ECF Nos. 5-1, 5-2, 5-3, exceed those limits.  Accordingly, no later than **August 4, 2025**, Plaintiff shall refile those documents with appropriately narrowed redactions.  By the **same date**, Plaintiff shall file unredacted copies of Exhibits A, B, C, and E on the docket with viewing restrictions limited to the Court and the filing party.  The Clerk of Court is directed to terminate ECF Nos. 6, 7, 8.

      SO ORDERED.

Dated: July 31, 2025
       New York, New York
                                                               JESSE M. FURMAN
                                                    United States District Judge